CHARLES M. LEVIN, Respondent, v. HENART REALTY CORPORATION and Others, Appellants, and Others, Defendants.— Application granted.

NEW PROCESS HEATING CORPORATION, Appellant, v. B. J. AARON CO., INC., Respondent.— Motion for reargument of application for leave to appeal to Appellate Division granted, and upon reargument application denied, with ten dollars costs.

CRIEAMORIA SNEZE, an Infant, Through Her Guardian ad Litem, GERTRUDE HUTCHINSON, Respondent, v. NATIONAL ACCIDENT SOCIETY, Appellant.— Application denied, with ten dollars costs.

SIDNEY F. STRONGIN, as Trustee in Bankruptcy of THE NORTH BABYLON ESTATES, INC., Appellant, v. MURRAY SATELL, Respondent.— Application granted.

MAX TANNENBAUM, Respondent, v. DUGAN BROS., INC., Appellant.— Application denied, with ten dollars costs.

HENRY RAVITZ, Respondent, v. ABRAHAM PRICE and HYMAN PRICE, Individually, and as Copartners Doing Business under the Firm Name and Style of A. PRICE & SON, Appellants.— On argument, order, and order on reargument, denying defendants' motion to serve a further amended answer, reversed upon the facts, without costs, and motion granted, without costs, upon condition that defendants pay all costs to date within five days from the entry of the order herein; otherwise, orders affirmed, with ten dollars costs and disbursements; the further amended answer to be served, upon payment of such costs, within five days from the entry of the order. This is without prejudice to plaintiff's right to serve a reply; issue to remain as of original date and cause to be tried when reached provided reply has been served. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

DAVID YAZERSKY, Respondent, v. THOMAS F. OATES, Individually and as President of the BROOKLYN JOURNEYMEN PLUMBERS, GAS FITTERS AND MARINE PLUMBERS PROTECTIVE AND BENEVOLENT ASSOCIATION OF LOCAL No. 1 OF THE UNITED ASSOCIATION, an Unincorporated Association of Seven or More Members, and Others, Appellants.— On argument, order reversed on the facts, without costs, and matter remitted to the Special Term to give plaintiff an opportunity to submit additional affidavits showing the cause of delay, and for decision thereon by the Special Term. If such affidavits are not submitted to the Special Term within ten days from service of a copy of the order entered herein, the order dismissing the complaint is modified by striking out the conditional words " unless the plaintiff notices the case for trial at the next available term of court and actually tries same when reached," and as so modified affirmed, without costs. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

CHRISTINI A. ABBATICCHIO, Respondent, v. FRANCESCO A. ABBATICCHIO Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

ANTLERS GOLF AND COUNTRY CLUB, INC., Appellant, v. KLOSK REALTY COMPANY, INC., and Others, Defendants. JAMES FRANCO, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

GINO BANDOLINI, Respondent, v. WILLIAM L. BARRETT, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.